Nos. 22-56176

_____

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

_____

THIMES SOLUTIONS INC.,

*Plaintiff-Appellant*,

v.

TP LINK USA CORPORATION,

*Defendant-Appellee*.

_____

Appeal from the United States District Court for the Central District of California
District Court No. 2:19-cv-10374-SB-E
The Honorable Stanley Blumenfeld, Jr.

_____

APPELLANT'S MOTION FOR EXTENSION OF TIME
TO FILE APPELLANT'S OPENING BRIEF

_____

| | |
|---|---|
| Randolph Gaw<br>Mark Poe<br>Victor Meng | Mark Schlachet |
| Gaw \| Poe LLP<br>4 Embarcadero Center, Suite 1400<br>San Francisco, CA 94111<br>415.766.7451 (tel)<br>415.737.0642 (fax) | Law Offices of Mark Schlachet<br>9511 Collins Ave., Ste. 605<br>Surfside, FL 33154<br>(216) 225-7559<br>markschlachet@me.com |

## RULE 26.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1, Plaintiff-Appellant Thimes Solutions Inc. hereby states, by and through counsel, that it does not have a parent corporation and that no publicly held corporation owns 10% or more of its stock.

## PLAINTIFF-APPELLANT THIMES SOLUTIONS INC.'S MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S OPENING BRIEF

Plaintiff-Appellant Thimes Solutions Inc. hereby moves this Court, pursuant to Federal Rule of Appellate Procedure 26(b) and Circuit Rule 31-2.2(b), for an extension of time to file its opening brief, which is currently due on April 24, 2023. Thimes requests an extension of sixty days from that date, making the new deadline June 23, 2023. Counsel for Defendant-Appellee TP-Link USA Corporation indicated that TP-Link will not oppose Thimes's requested extension.

Thimes has previously requested a streamlined extension of time on February 20, 2023 (Dkt. 6), which the Court granted on February 21, 2023 (Dkt. 7).

In accordance with Circuit Rule 31-2.2(b)(5), Thimes's counsel represent that they have exercised diligence and are prepared to file its opening brief within the time requested.

Good cause exists for the requested extension. As set forth in the attached Declaration of Randolph Gaw, lead counsel for Thimes, Thimes seeks the extension to accommodate its counsel's existing obligations in several other matters, including:

- a two-week trial commencing on April 25, 2023, in *L.A. International Corporation v. Prestige Brands Holdings, Inc. et al*, No. 2:2018-cv-06809, in the United States District Court for the Central District of California;

- a 2-3 week trial commencing on May 22, 2023, in *Powell Electrical Systems, Inc. v. Quality Transformer and Electronics, Inc., et al*, No. RG19022102, in the Superior Court of the State of California, County of Alameda; and

- a two-week trial commencing on May 31, 2023, in *Meagan Rose Bond and Ezra Bond v. Reginald Robert Kennedy, et al*, No. CU21-085586, in the Superior Court of the State of California, County of Nevada.

Thimes's counsel was also impacted by a trial that commenced on March 14, 2023 in *Outlaw Laboratory, LP v. DG in PB, LLC et al*, No. 3:18-cv-00840-GPC-BGS, in the United States District Court for the Southern District of California.

Thimes seeks an extension of time because the issues raised in this appeal are complex and involve a number of arguments, which will require sufficient time to fully research and adequately brief. The existing obligations in other matters have prevented, and will prevent, Thimes's counsel from working on this appeal as intended. Thimes's requested extension is necessary to permit Thimes's counsel to divide their time between this appeal and these other matters.

The Court has not scheduled oral argument in this case, and therefore the requested extension will not require any modification of the Court's schedule.

Dated: March 20, 2023 Respectfully submitted,

        s/Victor Meng
        Victor Meng
        GAW | POE LLP
        4 Embarcadero Center, Suite 1400
        San Francisco, CA 94111
        Tel: (415) 766-7451
        Attorneys for Plaintiff-Appellant
        Thimes Solutions Inc.

## DECLARATION OF RANDOLPH GAW

I, Randolph Gaw, hereby declare and state as follows:

1. I am a partner in the law firm of Gaw | Poe LLP and lead counsel for Plaintiff-Appellant Thimes Solutions Inc. in the instant appeal. I am an attorney duly admitted to practice in the State of California and before the United States Court of Appeals for the Ninth Circuit. I have personal knowledge of the facts stated in this Declaration and would be competent to testify if called upon to do so.

2. This appeal was docketed on December 15, 2022. Dkt. 1. The Court ordered Thimes to file its opening brief on March 23, 2023.

3. On February 20, 2023, Thimes filed a streamlined request for extension, which was granted the next day. Dkt. 6, 7.

4. Under the current briefing schedule, Thimes's opening brief is due April 24, 2023. Dkt. 7.

5. Thimes requests an extension of sixty days to file its opening brief from the date it currently is due, which would result in a deadline of June 23, 2023.

6. Defendant-Appellee TP-Link USA Corporation has informed counsel for Thimes that they will not oppose Thimes's requested extension.

7. Thimes seeks an extension of time because the issues raised in this appeal are complex and involve a number of arguments, which will require sufficient time to fully research and adequately brief. Thimes's counsel has obligations in

1

several other matters that overlaps with the time that counsel would have to prepare its opening brief. These conflicting obligations include:

- a two-week trial commencing on April 25, 2023, in *L.A. International Corporation v. Prestige Brands Holdings, Inc. et al*, No. 2:2018-cv-06809, in the United States District Court for the Central District of California;

- a 2-3 week trial commencing on May 22, 2023, in *Powell Electrical Systems, Inc. v. Quality Transformer and Electronics, Inc., et al*, No. RG19022102, in the Superior Court of the State of California, County of Alameda; and

- a two-week trial commencing on May 31, 2023, in *Meagan Rose Bond and Ezra Bond v. Reginald Robert Kennedy, et al*, No. CU21-085586, in the Superior Court of the State of California, County of Nevada.

8. In addition, Thimes's counsel was also impacted by a trial that commenced on March 14, 2023 in *Outlaw Laboratory, LP v. DG in PB, LLC et al*, No. 3:18-cv-00840-GPC-BGS, in the United States District Court for the Southern District of California.

9. Thimes's requested extension is necessary to allow its counsel to divide its time between this appeal and other matters during the same time period.

10. Thimes's counsel has exercised diligence, and should the Court grant this extension, its opening brief will be filed within the time requested.

11. The Court has not scheduled oral argument in this case.

12. The court reporter is not in default with regard to any designated transcripts.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this Declaration was executed on March 20, 2023, in San Francisco, California.

/s/ Randolph Gaw
Randolph Gaw

## CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rules of Appellate Procedure 27(d)(2)(A), 32(a)(5), and 32(a)(6), I certify that Thimes's motion for an extension of time to file its opening brief is proportionally spaced, has a typeface of 14 points or more, and does not exceed 5,200 words in length.

/s/ Victor Meng
Victor Meng
